# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF
# DIVISION

In re: §
§
§
LOBDELL, THOMAS M § Case No. 11-48338
LOBDELL, CANDIE J §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of               $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]               $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 12/11/2013 and the deadline for filing governmental claims was 12/11/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,650.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,650.00 , for a total compensation of $ 1,650.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 215.90 , for total expenses of $ 215.90 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/15/2014        By: _/s/ John E. Cohen_
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-48338 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LOBDELL, THOMAS M | Date Filed (f) or Converted (c): | 11/30/11 (f) |
|  | LOBDELL, CANDIE J | 341(a) Meeting Date: | 01/13/12 |
| For Period Ending: | 07/15/14 | Claims Bar Date: | 12/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. American Chartered Bank checking acct #8013 | 348.00 | 0.00 |  | 0.00 | FA |
| 2. Usual and necessary household goods and furnishing | 1,500.00 | 0.00 |  | 0.00 | FA |
| 3. Various books and wall hangings | 200.00 | 0.00 |  | 0.00 | FA |
| 4. Clothing | 1,000.00 | 0.00 |  | 0.00 | FA |
| 5. Wedding set and various costume jewelry | 1,000.00 | 0.00 |  | 0.00 | FA |
| 6. Spraying Systems Co. Employees Profit sharing/401( | 107,171.71 | 0.00 |  | 0.00 | FA |
| 7. 2006 Toyota Sienna, fari condition, over 60K miles | 10,700.00 | 0.00 |  | 0.00 | FA |
| 8. 2003 Ford Taurus, fair condition, over 130K miles | 1,500.00 | 0.00 |  | 0.00 | FA |
| 9. 1 chihuahua and 1 housecat | 0.00 | 0.00 |  | 0.00 | FA |
| 10. 608 Filly lane, Grayslake, IL 60030; Value per CMA | 99,000.00 | 0.00 |  | 9,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $222,419.71 | $0.00 |  | $9,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF RETIREMENT HOME OWNED JOINTLY WITH DEBTOR'S FATHER. TRUSTEE TO FILE AN ADVERSARY COMPLAINT TO SELL JOINTLY HELD PROPERTY. TRUSTEE FILED ADVERSARY TO SELL PROPERTY. THE PARTIES ARE TRING TO SETTLE THE PENDING ADVERSARY. IF CASE NOT SETTLED THEN A TRIAL DATE WILL BE SET - January 16, 2014. TRUSTEE HAS SETTLED ADVERSARY COMPLAINT - April 4, 2014. TRUSTEE IS SUBMITTING HIS TFR AND NFR TO UST FOR REVIEW - July 14, 2014.

Initial Projected Date of Final Report (TFR): 04/30/14        Current Projected Date of Final Report (TFR): 09/30/14

LFORM1    UST Form 101-7-TFR (5/1/2011) (Page: 3)                                                                     Ver: 18.00a

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-48338 -ABG | |
| Case Name: | LOBDELL, THOMAS M | |
| | LOBDELL, CANDIE J | |
| Taxpayer ID No: | *******0168 | |
| For Period Ending: | 07/15/14 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******5704 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | 10 | CANDIE LOBDELL | Settlement of Adversary | 1129-000 | 9,000.00 | | 9,000.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 9,000.00 | 0.00 | 9,000.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 9,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,000.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5704) | 9,000.00 | 0.00 | 9,000.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 9,000.00 | 0.00 | 9,000.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     9,000.00     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 15, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 11-48338 | Claim Type Sequence | | | | |
| Debtor Name: | LOBDELL, THOMAS M | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>195 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,865.90 | $1,865.90 |
| 001<br>2700-00 | UNITED STATES BANKRUPTCY COURT<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $293.00 | $293.00 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,276.00 | $4,276.00 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC<br>as assignee of TARGET STORES - RETAILERS<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | Unsecured | | $0.00 | $517.60 | $517.60 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC<br>as assignee of TARGET STORES - RETAILERS<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | Unsecured | | $0.00 | $447.10 | $447.10 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC<br>as assignee of CHILDREN'S BOOK OF THE MO<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | Unsecured | | $0.00 | $89.22 | $89.22 |
| 000004<br>070<br>7100-00 | Atlas Acquisitions LLC (HSBC - Hsbc Card Servi)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $1,556.12 | $1,556.12 |
| 000005<br>070<br>7100-00 | Atlas Acquisitions LLC (GE Capital - Wal-Mart)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $897.88 | $897.88 |
| 000006<br>070<br>7100-00 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $0.00 | $364.93 | $364.93 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 15, 2014 |
|---|---|---|---|---|---|---|

Case Number:　11-48338　　　　　　　　　　　　　Claim Type Sequence
Debtor Name:　LOBDELL, THOMAS M

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as assignee of GE Money Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $0.00 | $821.17 | $821.17 |
| 000008<br>070<br>7100-90 | Autovest, LLC<br>PO Box 2247<br>Southfield, MI 48037 | Unsecured | | $0.00 | $5,191.99 | $5,191.99 |
| | Case Totals: | | | $0.00 | $16,320.91 | $16,320.91 |

Code #:　Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-48338
Case Name: LOBDELL, THOMAS M
        LOBDELL, CANDIE J
Trustee Name: JOSEPH E. COHEN

    Balance on hand                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Charges: UNITED STATES BANKRUPTCY COURT | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses          $_____
    Remaining Balance                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for RJM Acquisitions, LLC as assignee of TARGET STORES - RETAILERS PO Box 268850 Oklahoma City, OK 73126-8850 | $ | $ | $ |
| 000002 | American InfoSource LP as agent for RJM Acquisitions, LLC as assignee of TARGET STORES - RETAILERS PO Box 268850 Oklahoma City, OK 73126-8850 | $ | $ | $ |
| 000003 | American InfoSource LP as agent for RJM Acquisitions, LLC as assignee of CHILDREN'S BOOK OF THE MO PO Box 268850 Oklahoma City, OK 73126-8850 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Atlas Acquisitions LLC (HSBC - Hsbc Card Servi) 294 Union St. Hackensack, NJ 07601 | $ | $ | $ |
| 000005 | Atlas Acquisitions LLC (GE Capital - Wal-Mart) 294 Union St. Hackensack, NJ 07601 | $ | $ | $ |
| 000006 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $ | $ | $ |
| 000007 | LVNV Funding, LLC its successors and assigns as assignee of GE Money Bank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ | $ | $ |
| 000008 | Autovest, LLC PO Box 2247 Southfield, MI 48037 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE