# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
 § 
LOBDELL, THOMAS M § Case No. 11-48338
LOBDELL, CANDIE J § 
 § 
    Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 10/03/2014 in Courtroom ,
          North Branch Court
          1792 Nicole Lane
          Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                       Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| LOBDELL, THOMAS M | § | Case No. 11-48338 |
| LOBDELL, CANDIE J | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 9,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,650.00 | $ 0.00 | $ 1,650.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 215.90 | $ 0.00 | $ 215.90 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 4,276.00 | $ 0.00 | $ 4,276.00 |
| Charges: UNITED STATES BANKRUPTCY COURT | $ 293.00 | $ 0.00 | $ 293.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,434.90 |
| Remaining Balance | $ | 2,565.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,886.01  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for RJM Acquisitions, LLC as assignee of TARGET STORES - RETAILERS PO Box 268850 Oklahoma City, OK 73126-8850 | $ 517.60 | $ 0.00 | $ 134.30 |
| 000002 | American InfoSource LP as agent for RJM Acquisitions, LLC as assignee of TARGET STORES - RETAILERS PO Box 268850 Oklahoma City, OK 73126-8850 | $ 447.10 | $ 0.00 | $ 116.01 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000003 | American InfoSource LP as agent for RJM Acquisitions, LLC as assignee of CHILDREN'S BOOK OF THE MO PO Box 268850 Oklahoma City, OK 73126-8850 | $ 89.22 | $ 0.00 | $ 23.15 |
| 000004 | Atlas Acquisitions LLC (HSBC - Hsbc Card Servi) 294 Union St. Hackensack, NJ 07601 | $ 1,556.12 | $ 0.00 | $ 403.76 |
| 000005 | Atlas Acquisitions LLC (GE Capital - Wal-Mart) 294 Union St. Hackensack, NJ 07601 | $ 897.88 | $ 0.00 | $ 232.97 |
| 000006 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $ 364.93 | $ 0.00 | $ 94.69 |
| 000007 | LVNV Funding, LLC its successors and assigns as assignee of GE Money Bank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 821.17 | $ 0.00 | $ 213.07 |
| 000008 | Autovest, LLC PO Box 2247 Southfield, MI 48037 | $ 5,191.99 | $ 0.00 | $ 1,347.15 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,565.10 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-48338-ABG
Thomas M Lobdell                                                      Chapter 7
Candie J Lobdell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 3               Date Rcvd: Sep 02, 2014
                              Form ID: pdf006           Total Noticed: 104

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2014.
```
db/jdb       +Thomas M Lobdell,    Candie J Lobdell,   6 Pamela Rd.,    Lake Zurich, IL 60047-1229
aty          +Gina B. Krol,    Cohen and Krol,   105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18119174     +Accounts Receivable Management, Inc,    PO Box 129,    Thorofare, NJ 08086-0129
18119175      Advertiser Network,    236 W. IL 173,    Antioch, IL 60002
18119176     +Advocate Good Shepard Hospital,    450 West Hwy 22,    Barrington, IL 60010-1999
18119177     +Alexian Bros. Behavioral Health,    1650 Moon Lake Blvd.,    Hoffman Estates, IL 60169-1010
18119179      Arrow Financial Services,    5996 Tought Ave.,    Niles, IL 60714
18119181     +Assocaites in Psychiatry & Counseli,    2050 Larkin Ave., Ste. #202,    Elgin, IL 60123-5899
20978690     +Atlas Acquisitions LLC (GE Capital - Wal-Mart),    294 Union St.,    Hackensack, NJ 07601-4303
20978689     +Atlas Acquisitions LLC (HSBC - Hsbc Card Servi),    294 Union St.,    Hackensack, NJ 07601-4303
18119184     +Autovest, LLC,    PO Box 2247,   Southfield, MI 48037-2247
18119185     +Bank One,    PO Box 32560,   Louisville, KY 40232
18119186     +Blachly, Tabor, Bozik & Hartman,    56 S. Washington St., Ste. 401,    Valparaiso, IN 46383-5592
18119182    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: AT&T Universal Card,    PO Box 183037,    Columbus, OH 43218)
18119188     +Capital One Bank,    PO Box 30281,   Salt Lake City, UT 84130-0281
18119189     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,   Salt Lake City, UT 84130-0285
18119190     +Carrington Mortgage Servicing,    1610 E. Saint Sndrew Pl.,    Santa Ana, CA 92705-4931
18119191     +Centegra Health System,    Memorial Medical Center,    PO Box 1990,   Woodstock, IL 60098-1990
18119192     +Centegra Memorial Medical,    PO Box 1990,    Woodstock, IL 60098-1990
18119193     +Central Credit Services, Inc.,    PO Box 15118,    Jacksonville, FL 32239-5118
18119194     +Chase Receivables,    1247 Broadway,   Sonoma, CA 95476-7503
18119195     +Compass Resolution Services, LLC,    PO Box 15253,    Irvine, CA 92623-5253
18119198     +Creditors Discount & Audit Co.,    415 E. Main St.,    Streator, IL 61364-2927
18119200     +DMK & Associates, LLC,    3005 Tollview Sr., Ste. B,    Rolling Meadows, IL 60008-3726
18119202     +ERSolutions, Inc.,    10750 Hammerly Blvd., #200,    Houston, TX 77043-2317
18119201     +Encore,    400 N. Rogers Rd,   Olathe, KS 66062-1212
18119203     +First National Collection Bureau, I,    610 Waltham Way,    Sparks, NV 89434-6695
18119204     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
18119205     +First Source,    7650 Magna Drive,   Belleville, IL 62223-3366
18119206     +Fox Glen Gastroenterology,    200 Fox Glen,    Barrington, IL 60010-1809
18119210     +Good Shepard Hospital,    450 W. Hwy. 22,    Barrington, IL 60010-1999
18119215     +HSBC Card Services,    PO Box 60102,    City of Industry, CA 91716-0102
18119211     +Harris,    222 Merchandise Mart Plaza, Ste. 1900,    Chicago, IL 60654-1421
18119212     +Harris & Harris, Ltd.,    222 Merchandise Mart Plaza,   Ste. 1900,    Chicago, IL 60654-1421
18119216     +ICS,    PO Box 1010,   Tinley Park, IL 60477-9110
18119217     +Illinois Collection Se,    Po Box 1010,    Tinley Park, IL 60477-9110
18119218     +Jacob Collection Group,    2623 West Oxford Loop,    Oxford, MS 38655-5442
18119222     +Lake Cook Orthopedic Associates,    PO Box 66080,    Chicago, IL 60666-0080
18119223     +Lane Bryant,    Wfnnb,   Po Box 182125,    Columbus, OH 43218-2125
18119229     +MHFS,    Po Box 1996,   Milwaukee, WI 53201-1996
18119226     +Malcom S. Gerald & Associates,    332 S. Michigan Ave., Ste. 600,    Chicago, IL 60604-4318
18119228     +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1349
18119230     +Mid-Helath Financial Services, Inc.,    10200 W. Innovation Drive, #100,
               Milwaukee, WI 53226-4826
18119232     +Midwest Diagnostic Pathology,    75 Remittance Dr., Ste. 3070,    Chicago, IL 60675-3070
18119234     +Neopath, SC,    520 E. 22nd St.,   Lombard, IL 60148-6110
18119235     +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
18119238     +Northwest Neurology, Ltd.,    22285 Pepper Rd., Ste. 401,    Barrington, IL 60010-2542
18119239    #+OAC,    PO Box 371100,    Milwaukee, WI 53237-2200
18119240     +Omni Credit Services,    500 N. Michigan Ave., #1514,    Chicago, IL 60611-3758
18119246    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 12914,
               Norfolk, VA 23541)
18119242     +Pentagroup Financial, LLC,    35A Rust Lane,    Boerne, TX 78006-8202
18119243     +Pinnacle Financial Gro,    7825 Washington Ave S,    Minneapolis, MN 55439-2430
18119244     +Plains Commerce Bank,    Po Box 1059,    Aberdeen, SD 57402-1059
18119245     +Plaza Associates,    PO Box 2769,   New York, NY 10116-2769
18119247     +Premier Eye Care & Surgery,    1120- C Lake Cook Rd.,    Buffalo Grove, IL 60089-1970
18119248     +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
18119251     +Redline Recovery Services, LLC,    2350 North Forest Road, Suite 31B,    Getzville, NY 14068-1398
18119252     +Richard J. Nakon& Assoc.,    121 E. Liberty St., Ste. 3,    Wauconda, IL 60084-1959
18119255     +Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,    Dallas, TX 75247-3822
18119257     +Security Credit Services,    2623 W. Oxford Loop,    Oxford, MS 38655-5442
18119259     +Sharyl E. Balkin, MD, PC,    100 Fox Glen Rd., Ste. 100,    Barrington, IL 60010-1805
18119258     +Sharyl E. Balkin, MD, PC,    100 Fox Glen Road,    Barrington, IL 60010-1805
18119260     +Streamwood Hospital,    ATTN: Business Office,    Po Box 840939,   Dallas, TX 75284-0939
18119261     +Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
18119262     +T-Mobile USA,    PO Box 53410,   Bellevue, WA 98015-3410
18119263     +The Pediatric Foundation,    PO Box 4051,    Carol Stream, IL 60197-4051
18119265     +Tricounty ER Physicians,    PO Box 369,    Barrington, IL 60011-0369
18119266     +Wauconda Fire Department,    PO Box 457,    Wheeling, IL 60090-0457
18119267     +Wellington Radiology,    9410 Compubill Dr.,    Orland Park, IL 60462-2627
```

```
District/off: 0752-1           User: mmyers                 Page 2 of 3                  Date Rcvd: Sep 02, 2014
                               Form ID: pdf006              Total Noticed: 104


18119268      +Wells Fargo,    PO Box 29704,    Phoenix, AZ 85038-9704
18119270      +Wicks Furniture,    6725 York Ave. South,    Minneapolis, MN 55435-2514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18119171      +E-mail/Text: KM@ARCONCEPTSINC.COM Sep 02 2014 23:42:27       A/r Concepts,    2320 Dean St,
               Saint Charles, IL 60175-1068
18119172      +E-mail/Text: jpietig@aamsonline.com Sep 02 2014 23:42:06       AAMS,
               4800 Mills Civic Parkway, Ste. 202,     West Des Moines, IA 50265-5265
21226101       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 02 2014 23:46:04
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
20976592       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 02 2014 23:46:49
               American InfoSource LP as agent for,    RJM Acquisitions, LLC,
               as assignee of CHILDREN'S BOOK OF THE MO,     PO Box 268850,    Oklahoma City, OK  73126-8850
20976588       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 02 2014 23:47:25
               American InfoSource LP as agent for,    RJM Acquisitions, LLC,
               as assignee of TARGET STORES - RETAILERS,     PO Box 268850,    Oklahoma City, OK  73126-8850
18119178      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Sep 02 2014 23:42:27       Armor Systems Corporation,
               1700 Kiefer Dr., Ste. 1,    Zion, IL 60099-5105
18119180      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 02 2014 23:42:05       Asset Acceptance, LLC,
               PO Box 2036,    Warren, MI 48090-2036
18291552      +E-mail/Text: bnc@atlasacq.com Sep 02 2014 23:41:56       Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
18119183      +E-mail/Text: jpietig@aamsonline.com Sep 02 2014 23:42:06       Automated Accounts,    PO Box 65576,
               West Des Moines, IA 50265-0576
18119187      +E-mail/Text: cms-bk@cms-collect.com Sep 02 2014 23:41:59       Capital Managment Services, LP,
               726 Exchange Street, Ste. 700,    Buffalo, NY 14210-1464
18119196      +E-mail/Text: creditonebknotifications@resurgent.com Sep 02 2014 23:41:56       Credit One Bank,
               PO Box 98872,    Las Vegas, NV 89193-8872
18119197      +E-mail/Text: clerical.department@yahoo.com Sep 02 2014 23:41:53
               Creditors Collectio Bureau, Inc.,     PO Box 63,    Kankakee, IL 60901-0063
18119199      +E-mail/Text: clerical.department@yahoo.com Sep 02 2014 23:41:53       Credtrs Coll,    Po Box 63,
               Kankakee, IL 60901-0063
18119207       E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2014 23:45:55       GE Capital,    PO Box 981422,
               El Paso, TX 79998
18119209      +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2014 23:45:54       GEMB,    PO Box 981064,
               El Paso, TX 79998-1064
18119208      +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2014 23:45:55       GEMB,    PO Box 965016,
               Orlando, FL 32896-5016
18119213      +E-mail/Text: bkynotice@harvardcollect.com Sep 02 2014 23:42:28       Harvard Collection,
               4839 N Elston Ave,    Chicago, IL 60630-2589
18119214       E-mail/Text: bkynotice@harvardcollect.com Sep 02 2014 23:42:28
               Harvard Collection Services, Inc,    4839 E. Elston Ave.,    Chicago, IL 60630
18119220      +E-mail/Text: bankruptcy@keyfinancial.us Sep 02 2014 23:42:00       Key Financial Services,
               PO Box 6216,    Madison, WI 53716-0216
18119221      +E-mail/Text: bankruptcy@keyfinancial.us Sep 02 2014 23:42:00       Keyfinserv,    5315 Wall Street,
               Madison, WI 53718-7937
21298197       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2014 23:45:52
               LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
18119224      +E-mail/Text: bankruptcy@leadingedgerecovery.com Sep 02 2014 23:42:09
               Leading Edge Recovery Solutions,    Po Box 129,    Linden, MI 48451-0129
18119225      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2014 23:46:39       Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
18119227      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 02 2014 23:42:06       MCM,    PO Box 603,
               Oaks, PA 19456-0603
18119231      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 02 2014 23:42:06       Midland Credit Mgmt In,
               8875 Aero Dr,    San Diego, CA 92123-2255
18119233      +E-mail/Text: mmrgbk@miramedrg.com Sep 02 2014 23:42:10       MiraMed Revenue Group, LLC,
               Dept. 77304,    PO Box 77000,    Detroit, MI 48277-2000
18119236      +E-mail/Text: clientservices@northwestcollectors.com Sep 02 2014 23:41:59       Northwest Collectors,
               3601 Algonquin Rd. Suite 232,    Rolling Meadows, IL 60008-3143
18119241      +E-mail/Text: mmrgbk@miramedrg.com Sep 02 2014 23:42:10       Pellettieri,    991 Oak Creek Dr,
               Lombard, IL 60148-6408
18119254      +E-mail/Text: rjm@ebn.phinsolutions.com Sep 02 2014 23:42:02       Rjm Acq Llc,
               575 Underhil Blvd. Suite 224,    Syosset, NY 11791-3416
18119253      +E-mail/Text: rjm@ebn.phinsolutions.com Sep 02 2014 23:42:02       Rjm Acq Llc,
               575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
18119256      +E-mail/Text: anye@scottandgoldmaninc.com Sep 02 2014 23:41:52       Scott & Goldman,
               8081 Stanton Ave,    Buena Park, CA 90620-3248
18119264      +E-mail/Text: jvredeveld@mms.med.pro Sep 02 2014 23:42:28       Tri-county ER Physicians,
               PO Box 369,    Barrington, IL 60011-0369
18119269      +E-mail/Text: BKRMailOps@weltman.com Sep 02 2014 23:42:11       Welman, Weinberg & Reis,
               180 N. LaSalle St., Ste. 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 33
```

```
District/off: 0752-1          User: mmyers              Page 3 of 3                   Date Rcvd: Sep 02, 2014
                              Form ID: pdf006           Total Noticed: 104
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18119173*    +Aams Llc,    4800 Mills Civic Parkway Suite 202,    West Des Moines, IA 50265-5265
18119219*    +Jacob Collection Group, LLC,    2623 West Oxford Loop,    Oxford, MS 38655-5442
18119237*    +Northwest Collectors, Inc.,    3601 Algonquin Rd., Ste. 232,    Rolling Meadows, IL 60008-3143
18119249   ##+Provena Health,    2870 Stoner Ct., Ste. 300,    North Liberty, IA 52317-8525
18119250   ##+Receivables Performance Management,    10501 SE Main St., Ste. 200,    Portland, OR 97222-7594
                                                                                             TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2014 at the address(es) listed below:
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              E. Philip  Groben    on behalf of Plaintiff Joseph E. Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen     on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen     on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen S Newland    on behalf of Defendant Thomas M Lobdell steve@newlandlaw.com,
               cate@fairplayparalegal.com;mike@newlandlaw.com;lori@newlandlaw.com
              Stephen S Newland    on behalf of Defendant Candie J Lobdell steve@newlandlaw.com,
               cate@fairplayparalegal.com;mike@newlandlaw.com;lori@newlandlaw.com
              Stephen S Newland    on behalf of Defendant Dennis  Glenn steve@newlandlaw.com,
               cate@fairplayparalegal.com;mike@newlandlaw.com;lori@newlandlaw.com
              Stephen S Newland    on behalf of Joint Debtor Candie J Lobdell steve@newlandlaw.com,
               cate@fairplayparalegal.com;mike@newlandlaw.com;lori@newlandlaw.com
              Stephen S Newland    on behalf of Debtor Thomas M Lobdell steve@newlandlaw.com,
               cate@fairplayparalegal.com;mike@newlandlaw.com;lori@newlandlaw.com
                                                                                             TOTAL: 11
```