UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
LOBDELL, THOMAS M § Case No. 11-48338
LOBDELL, CANDIE J §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                        Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:        Claims Discharged
                                         Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer Usa 8585 N Stemmons Fwy Ste 1100-N Dallas, TX 75247 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| UNITED STATES BANKRUPTCY COURT | | | | | |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | | | | | |
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A/r Concepts 2320 Dean St Saint Charles, IL 60175 | | | | | |
| | A/r Concepts 2320 Dean St Saint Charles, IL 60175 | | | | | |
| | AAMS 4800 Mills Civic Parkway, Ste. 202 West Des Moines, IA 50265 | | | | | |
| | Aams Llc 4800 Mills Civic Parkway Suite 202 West Des Moines, IA 50265 | | | | | |
| | Accounts Receivable Management, Inc PO Box 129 Thorofare, NJ 08086 | | | | | |
| | Advertiser Network 236 W. IL 173 Antioch, IL 60002 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Good Shepard Hospital 450 West Hwy 22 Barrington, IL 60010 | | | | | |
| | Alexian Bros. Behavioral Health 1650 Moon Lake Blvd. Hoffman Estates, IL 60169 | | | | | |
| | Armor Systems Corporation 1700 Kiefer Dr., Ste. 1 Zion, IL 60099 | | | | | |
| | Asset Acceptance, LLC PO Box 2036 Warren, MI 48090 | | | | | |
| | Assocaites in Psychiatry & Counseli 2050 Larkin Ave., Ste. #202 Elgin, IL 60123 | | | | | |
| | Automated Accounts PO Box 65576 West Des Moines, IA 50265 | | | | | |
| | Blachly, Tabor, Bozik & Hartman 56 S. Washington St., Ste. 401 Valparaiso, IN 46383 | | | | | |
| | Capital Managment Services, LP 726 Exchange Street, Ste. 700 Buffalo, NY 14210 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank PO Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Carrington Mortgage Servicing 1610 E. Saint Sndrew Pl. Santa Ana, CA 92705 | | | | | |
| | Centegra Health System Memorial Medical Center PO Box 1990 Woodstock, IL 60098 | | | | | |
| | Central Credit Services, Inc. PO Box 15118 Jacksonville, FL 32239 | | | | | |
| | Chase Receivables 1247 Broadway Sonoma, CA 95476 | | | | | |
| | Creditors Collectio Bureau, Inc. PO Box 63 Kankakee, IL 60901 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Discount & Audit Co. 415 E. Main St. Streator, IL 61364 | | | | | |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | | | | |
| | Credtrs Coll Po Box 63 Kankakee, IL 60901 | | | | | |
| | DMK & Associates, LLC 3005 Tollview Sr., Ste. B Rolling Meadows, IL 60008 | | | | | |
| | ERSolutions, Inc. 10750 Hammerly Blvd., #200 Houston, TX 77043 | | | | | |
| | Encore 400 N. Rogers Rd Olathe, KS 66063 | | | | | |
| | First National Collection Bureau, I 610 Waltham Way Sparks, NV 89434 | | | | | |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | | | | |
| | First Source 7650 Magna Drive Belleville, IL 62223 | | | | | |
| | Fox Glen Gastroenterology 200 Fox Glen Barrington, IL 60010 | | | | | |
| | GE Capital PO Box 981422 El Paso, TX 79998 | | | | | |
| | GEMB PO Box 871400 El Paso, TX 79998 | | | | | |
| | HSBC Card Services PO Box 60102 City of Industry, CA 91716 | | | | | |
| | Harris & Harris, Ltd. 222 Merchandise Mart Plaza Ste. 1900 Chicago, IL 60654 | | | | | |
| | Harris 222 Merchandise Mart Plaza, Ste. 1900 Chicago, IL 60654 | | | | | |
| | Harvard Collection 4839 N Elston Ave Chicago, IL 60630 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harvard Collection 4839 N Elston Ave Chicago, IL 60630 | | | | | |
| | Harvard Collection Services, Inc 4839 E. Elston Ave. Chicago, IL 60630 | | | | | |
| | ICS PO Box 1010 Tinley Park, IL 60477 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60477 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60477 | | | | | |
| | Key Financial Services PO Box 6216 Madison, WI 53716 | | | | | |
| | Keyfinserv 5315 Wall Street Madison, WI 53718 | | | | | |
| | Lake Cook Orthopedic Associates PO Box 66080 Chicago, IL 60666 | | | | | |
| | Lane Bryant Wfnnb Po Box 182125 Columbus, OH 43218 | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | MCM PO Box 603 Oaks, PA 19456 | | | | | |
| | MHFS Po Box 1996 Milwaukee, WI 53201 | | | | | |
| | Malcom S. Gerald & Associates 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Mid-Helath Financial Services, Inc. 10200 W. Innovation Drive, #100 Milwaukee, WI 53201 | | | | | |
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | Midwest Diagnostic Pathology 75 Remittance Dr., Ste. 3070 Chicago, IL 60675 | | | | | |
| | Neopath, SC 520 E. 22nd St. Lombard, IL 60148 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd. Suite 232 Rolling Meadows, IL 60008 | | | | | |
| | Northwest Collectors 3601 Algonquin Rd. Suite 232 Rolling Meadows, IL 60008 | | | | | |
| | Northwest Collectors, Inc. 3601 Algonquin Rd., Ste. 232 Rolling Meadows, IL 60008 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Neurology, Ltd. 22285 Pepper Rd., Ste. 401 Barrington, IL 60010 | | | | | |
| | OAC PO Box 371100 Milwaukee, WI 53237 | | | | | |
| | Omni Credit Services 500 N. Michigan Ave., #1514 Chicago, IL 60611 | | | | | |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | | | | |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | | | | |
| | Pinnacle Financial Gro 7825 Washington Ave S Minneapolis, MN 55439 | | | | | |
| | Plains Commerce Bank Po Box 1059 Aberdeen, SD 57402 | | | | | |
| | Portfolio Recovery Associates, LLC PO Box 12914 Norfolk, VA 23541 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Premier Eye Care & Surgery 1120- C Lake Cook Rd. Buffalo Grove, IL 60089 | | | | | |
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |
| | Provena Health 2870 Stoner Ct., Ste. 300 North Liberty, IA 52317 | | | | | |
| | Receivables Performance Management 10501 SE Main St., Ste. 200 Portland, OR 97222 | | | | | |
| | Richard J. Nakon& Assoc. 121 E. Liberty St., Ste. 3 Wauconda, IL 60084 | | | | | |
| | Rjm Acq Llc 575 Underhil Blvd. Suite 224 Syosset, NY 11791 | | | | | |
| | Rjm Acq Llc 575 Underhill Blvd Ste 2 Syosset, NY 11791 | | | | | |
| | Rjm Acq Llc 575 Underhill Blvd Ste 2 Syosset, NY 11791 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Scott & Goldman 8081 Stanton Ave Buena Park, CA 90620 |  |  |  |  |  |
|  | Sharyl E. Balkin, MD, PC 100 Fox Glen Rd., Ste. 100 Barrington, IL 60010 |  |  |  |  |  |
|  | Sharyl E. Balkin, MD, PC 100 Fox Glen Road Barrington, IL 60010 |  |  |  |  |  |
|  | Streamwood Hospital ATTN: Business Office Po Box 840939 Dallas, TX 75284 |  |  |  |  |  |
|  | Sunrise Credit Services, Inc. PO Box 9100 Farmingdale, NY 11735 |  |  |  |  |  |
|  | The Pediatric Foundation PO Box 4051 Carol Stream, IL 60197 |  |  |  |  |  |
|  | Tricounty ER Physicians PO Box 369 Barrington, IL 60011 |  |  |  |  |  |
|  | Wauconda Fire Department PO Box 457 Wheeling, IL 60090 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wellington Radiology 9410 Compubill Dr. Orland Park, IL 60462 | | | | | |
| | Wells Fargo PO Box 29704 Phoenix, AZ 85038 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005 | ATLAS ACQUISITIONS LLC (GE CAPITAL | | | | | |
| 000004 | ATLAS ACQUISITIONS LLC (HSBC - HSBC | | | | | |
| 000007 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| 000008 | AUTOVEST, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-48338   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LOBDELL, THOMAS M | Date Filed (f) or Converted (c): | 11/30/11 (f) |
| | LOBDELL, CANDIE J | 341(a) Meeting Date: | 01/13/12 |
| For Period Ending: | 12/17/14 | Claims Bar Date: | 12/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. American Chartered Bank checking acct #8013 | 348.00 | 0.00 | | 0.00 | FA |
| 2. Usual and necessary household goods and furnishing | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Various books and wall hangings | 200.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wedding set and various costume jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Spraying Systems Co. Employees Profit sharing/401( | 107,171.71 | 0.00 | | 0.00 | FA |
| 7. 2006 Toyota Sienna, fari condition, over 60K miles | 10,700.00 | 0.00 | | 0.00 | FA |
| 8. 2003 Ford Taurus, fair condition, over 130K miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. 1 chihuahua and 1 housecat | 0.00 | 0.00 | | 0.00 | FA |
| 10. 608 Filly lane, Grayslake, IL 60030; Value per CMA | 99,000.00 | 0.00 | | 9,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $222,419.71 | $0.00 | | $9,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF RETIREMENT HOME OWNED JOINTLY WITH DEBTOR'S FATHER.  TRUSTEE TO FILE AN ADVERSARY COMPLAINT TO SELL JOINTLY HELD PROPERTY.  TRUSTEE FILED ADVERSARY TO SELL PROPERTY.
THE PARTIES ARE TRING TO SETTLE THE PENDING ADVERSARY.  IF CASE NOT SETTLED THEN A TRIAL DATE WILL BE SET - January 16, 2014.  TRUSTEE HAS SETTLED ADVERSARY COMPLAINT - April 4, 2014.  TRUSTEE IS SUBMITTING HIS TFR AND NFR TO UST FOR REVIEW - July 14, 2014.  TFR HAS BEEN FILED WITH THE COURT A DISTRIBUTION MADE  - oct. 31, 2014.  ALL CHECKS HAVE CLEARED AND TRUSTEE SUBMITTING HIS TDR TO UST FOR REVIEW - Dec. 17, 2014.

Initial Projected Date of Final Report (TFR): 04/30/14         Current Projected Date of Final Report (TFR): 09/30/14

FORM 2     Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 11-48338 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LOBDELL, THOMAS M | Bank Name: | ASSOCIATED BANK |
| | LOBDELL, CANDIE J | Account Number / CD #: | *******5704 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0168 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | 10 | CANDIE LOBDELL | Settlement of Adversary | 1129-000 | 9,000.00 | | 9,000.00 |
| 10/06/14 | 300001 | JOSEPH E. COHEN, Trustee<br>195 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees<br><br>Fees    1,650.00<br>Expenses    215.90 | <br><br><br>2100-000<br>2200-000 | | 1,865.90 | 7,134.10 |
| 10/06/14 | 300002 | UNITED STATES BANKRUPTCY COURT<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Deferred Adversary Filing Fees | 2700-000 | | 293.00 | 6,841.10 |
| 10/06/14 | 300003 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 2,850.66 | 3,990.44 |
| 10/06/14 | 300004 | JOSEPH E. COHEN, ATTORNEY<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,425.34 | 2,565.10 |
| 10/06/14 | 300005 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC<br>as assignee of TARGET STORES - RETAILERS<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | Claim 000001, Payment 25.94668% | 7100-000 | | 134.30 | 2,430.80 |
| 10/06/14 | 300006 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC<br>as assignee of TARGET STORES - RETAILERS<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 | Claim 000002, Payment 25.94722% | 7100-000 | | 116.01 | 2,314.79 |
| 10/06/14 | 300007 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC<br>as assignee of CHILDREN'S BOOK OF THE MO<br>PO Box 268850 | Claim 000003, Payment 25.94710% | 7100-000 | | 23.15 | 2,291.64 |
| | | | Page Subtotals | | 9,000.00 | 6,708.36 | |

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-48338 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LOBDELL, THOMAS M | | Bank Name: | ASSOCIATED BANK |
| | LOBDELL, CANDIE J | | Account Number / CD #: | *******5704 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0168 | | | |
| For Period Ending: | 12/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73126-8850 | | | | | |
| 10/06/14 | 300008 | Atlas Acquisitions LLC (HSBC - Hsbc Card Servi) 294 Union St. Hackensack, NJ 07601 | Claim 000004, Payment 25.94659% | 7100-000 | | 403.76 | 1,887.88 |
| 10/06/14 | 300009 | Atlas Acquisitions LLC (GE Capital - Wal-Mart) 294 Union St. Hackensack, NJ 07601 | Claim 000005, Payment 25.94667% | 7100-000 | | 232.97 | 1,654.91 |
| 10/06/14 | 300010 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Claim 000006, Payment 25.94744% | 7100-000 | | 94.69 | 1,560.22 |
| 10/06/14 | 300011 | LVNV Funding, LLC its successors and assigns as assignee of GE Money Bank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000007, Payment 25.94712% | 7100-000 | | 213.07 | 1,347.15 |
| 10/06/14 | 300012 | Autovest, LLC PO Box 2247 Southfield, MI 48037 | Claim 000008, Payment 25.94670% | 7100-900 | | 1,347.15 | 0.00 |

| | COLUMN TOTALS | 9,000.00 | 9,000.00 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 9,000.00 | 9,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 9,000.00 | 9,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******5704 | 9,000.00 | 9,000.00 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 9,000.00 | 9,000.00 | 0.00 |

Page Subtotals 0.00 2,291.64

Ver: 18.03a

Page: 3

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-48338 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LOBDELL, THOMAS M | | Bank Name: | ASSOCIATED BANK |
| | LOBDELL, CANDIE J | | Account Number / CD #: | *******5704 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0168 | | | |
| For Period Ending: | 12/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.03a

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*